A. Grant Lingg, WSBA #24227
Roy A. Umlauf, WSBA #15437
FORSBERG & UMLAUF, P.S.
900 Fourth Avenue, Suite 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 / Facsimile (206) 689-8501

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT RICHLAND

| | |
|---|---|
| SEAN FULTON, <br><br> Plaintiff, <br><br> vs. <br><br> CENTEX ENGINEERING & CONSTRUCTION, INC., d/b/a CENTEX FORCUM LANNOM, INC., a foreign corporation, and McCOMBS STEEL COMPANY, INC., a foreign corporation, <br><br> Defendants. | **Honorable Fred Van Sickle** <br><br> No. CV-05-5003-FVS <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by the parties that all claims raised in this matter by Plaintiff Sean Fulton, along with any counter or cross claims of defendants Centex Engineering and Construction, Inc., and McCombs Steel Company, Inc. be dismissed with prejudice and without costs or fees, and that the attached Order may be entered.

STIPULATION AND ORDER
OF DISMISSAL – PAGE 1

294147 / 235.0293

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  DATED this 25 day of September, 2006.

STRITMATTER, KESSLER, WHELAN,  FORSBERG & UMLAUF, P.S.
WITHEY & COLUCCIO

By: _____  By: _____
Kevin Coluccio, WSBA # 16245       A. Grant Lingg, WSBA #24227
Paul Stritmatter, WSBA #4532       Roy A. Umlauf, WSBA #15437
Attorneys for Plaintiff, Sean Fulton  Attorneys for Defendant Centex
                                   Engineering and Construction, Inc.

OGDEN MURPHY WALLACE, PLLC

By: _____
Jeffrey D. Dunbar, WSBA # 26339
Phillip C. Raymond, WSBA #12998
Attorneys for Defendant McCombs Steel
Company, Inc.

## ORDER

THIS MATTER, having come before the Court on the stipulation of the undersigned parties, and the Court having reviewed and approved of the stipulation of the parties, now hereby:

ORDERS, ADJUDGES AND DECREES that all claims raised by the parties in this matter are dismissed with prejudice and without costs or fees to any party.

SIGNED IN OPEN COURT this 6th day of October, 2006.

Fred Van Sickle
_____
Honorable Fred Van Sickle, U.S. District Court Judge

STIPULATION AND ORDER
OF DISMISSAL – PAGE 2

294147 / 235.0293

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

Presented by:

FORSBERG & UMLAUF, P.S.

By: _____
A. Grant Lingg, WSBA #24227
Roy A. Umlauf, WSBA #15437
Attorneys for Defendant Centex
Engineering and Construction, Inc.


Notice of Presentation Waived:

OGDEN MURPHY WALLACE, PLLC

By: _____
Jeffrey D. Dunbar, WSBA # 26339
Phillip C. Raymond, WSBA #12998
Attorneys for Defendant McCombs Steel
Company, Inc.

STRITMATTER, KESSLER, WHELAN, WITHEY & COLUCCIO

By: _____
Kevin Coluccio, WSBA # 16245
Paul Stritmatter, WSBA #4532
Attorneys for Plaintiff, Sean Fulton

STIPULATION AND ORDER
OF DISMISSAL - PAGE 3

294147 / 235.0293

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX